Case 2:25-cv-00223-JMB-MV   ECF No. 1, PageID.1   Filed 09/10/25   Page 1 of 6

FILED - MQT
September 10, 2025 10:31 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MLC   SCANNED BY: /s/

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

Northern Division

Shannon Boyle
Citizen of Iron County

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Iron County  -v-  Patti Peretto
Pete Judd
Mark Stauber
Ean Bruette
Jacob Conery

Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 2:25-cv-223
Jane M. Beckering
U.S. District Judge

(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Shannon T. Boyle
Street Address: 21 Lawrence Street PO Box 131
City and County: Caspian  Iron
State and Zip Code: Michigan  49915
Telephone Number: 906 284 1953
E-mail Address: shannonboyle63@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: PATTI PERETTO
    Job or Title (if known): IRON COUNTY COMMISSIONER
    Street Address:
    City and County: IRON RIVER   IRON
    State and Zip Code: MICHIGAN   49935
    Telephone Number:
    E-mail Address (if known):

Defendant No. 2
    Name: PETE JUDD
    Job or Title (if known): IRON COUNTY COMMISSIONER
    Street Address:
    City and County: IRON RIVER   IRON
    State and Zip Code: MICHIGAN   49935
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name: MARK STAUBER
    Job or Title (if known): IRON COUNTY COMMISSIONER
    Street Address:
    City and County: CASPIAN   IRON
    State and Zip Code: MICHIGAN   49935
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name: EAN BRUETTE
    Job or Title (if known): IRON COUNTY COMMISSIONER
    Street Address:
    City and County: IRON
    State and Zip Code: MICHIGAN
    Telephone Number:
    E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. ~~1~~ 5
- Name: JACOB CONERY
- Job or Title (if known): IRON COUNTY COMMISSIONER
- Street Address:
- City and County: IRON
- State and Zip Code: MICHIGAN 49935
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question         [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. EMBEZZLEMENT, MISAPPROPRIATE OF GOVERNMENT FUNDS, ILLEGAL LAW ENFORCEMENT, NEPOTISM, CONFLICT OF INTEREST, CHARGING FOR SERVICES NOT RENDERED, NOT ENFORCING BUILDING CODES AND LETTING POLICE DO WHATEVER THEY WANT ILLEGAL SEARCH AND SEIZURE

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* SHANNON Boyle CITIZENS of IRON COUNTY , is a citizen of the
       State of *(name)* MICHIGAN .

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
       and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* PATTI PERETTO  JACOB CONERY  PETE JUDD  MARK STAUBER  EAN BRUETTE , is a citizen of
       the State of *(name)* MICHIGAN . Or is a citizen of
       *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

50 TRILLION DOLLARS

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

EMBEZZLEMENT, MISAPPRIATION OF GOVERNMENT FUNDS, LAW ENFORCEMENT ABUSE OF POWER, NEPTISM IN GOVERNMENT, ILLEGAL SEARCH AND SEIZURE, NOT ENFORCING BUILDING CODES, NOT ABIDING IN FREEDOM OF INFORMATION ACT. SERVICES THAT WE PAY FOR BUT NOT RENDERED

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THEY HAVE COST TAXPAYER MILLIONS OF DOLLARS

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Sept 10, 2025

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Shannon T. Boyle

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Page 5 of 5