UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHANNON BOYLE,

    Plaintiff,

v.

PATTI PERETTO, et al.,

    Defendants.

_____/

Case No. 2:25-cv-223

HON. JANE M. BECKERING

## ORDER

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 6) on November 25, 2025, recommending that the Court dismiss this case for lack of subject matter jurisdiction and deny Plaintiff's motion for discovery. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 6) is APPROVED and ADOPTED as the Opinion of the Court, and this matter is DISMISSED for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for discovery (ECF No. 2) is DENIED.

A Judgment will be entered consistent with this Order.

Dated: December 18, 2025
      /s/ Jane M. Beckering
      JANE M. BECKERING
      United States District Judge

---

[1] Plaintiff is the only party that has appeared in the case at this time.